# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**

MAY 1 4 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
**1136 Washington Avenue, Unit # 901, St. Louis, MO 63101;** )
(hereinafter referred to as the "**Target Location**"). As described )
more fully herein, the **Target Location** is a residential loft, )
within the Meridian Loft of St. Louis building which is located )
within the Eastern District of Missouri. )

Case No. 4:18 MJ 6154 PLC

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____MISSOURI_____
*(identify the person or describe the property to be searched and give its location)*:

**1136 Washington Avenue, Unit # 901, St. Louis, MO 63101,** as fully described above,

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed:

see attached LIST,

in the above-described target location(s) and establish grounds for the issuance of this warrant. I find there is reasonable cause to believe that providing immediate notification may have an adverse effect.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 27, 2018_____ *(note to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____PATRICIA L. COHEN_____ .
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☒ until, the facts justifying, the later specific date of ___11/14/2018___.
Pursuant to this section, no property may be seized, unless such items are a firearm(s), narcotics, and/or presents a danger to the community.
**"NO KNOCK" ENTRY IS HEREBY AUTHORIZED.**

Date and Time issued: 5/14/18  9:50 A.M.

_____Patricia Cohen_____
*Judge's signature*

City and State: ___St. Louis, MO___   Hon. Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*

## LIST

1. Books, records, receipts, notes, ledgers, computer hard-drives and disk records, and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances and/or firearms;

2. Telephone bills, invoices, packaging, cellular batteries and/or charging devices, cancelled checks or receipts for telephone purchase/service; cellular and/or landline telephones; digital and/or alphanumeric text (two-way) pagers; computers capable of e-mail and/or chat-room communication, answering machines; address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of sources of supply, of customers, and/or evidencing association with persons known to traffic in controlled substances or to facilitate such trafficking;

3. Photographs, in particular photographs of co-conspirators, of assets, and/or of controlled substances;

4. United States Currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property utilized in the distribution of controlled substances or which are proceeds from the distribution of controlled substances;

5. Books, records, receipts, pay stubs, employment records, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

6. Papers, tickets, notes, schedules, receipts and other items relating to travel, including, but not limited to, travel to and from St. Louis, Missouri and elsewhere; and

7. Indicia of occupancy, residency, rental and/or ownership of the vehicles and/or premises described above, including, but not limited to, utility and telephone bills, cancelled envelopes, rental or lease agreements and keys of any and all vehicles on the premises.